**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2180**

---

KEITH ANDREW GREEN, SR.,

Plaintiff - Appellant,

versus

KAREN MEE; C. EDMONDS; C. R. MORRISON,
Esquire; DONNA WATTS-LAMONT, Associate Member;
HAZEL A. WARNICK, Chairperson; MICHAEL TAYLOR,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
2719-MJG)

---

Submitted: December 19, 2002          Decided: December 30, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Keith Andrew Green, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Andrew Green appeals the district court's order dismissing without prejudice his civil action against officials from the Maryland Department of Labor, Licensing and Regulation and the attorney for his former employer, Colonial Parking. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Mee, No. CA-02-2719-MJG (D. Md. filed Sept. 30, 2002; entered Oct. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED